| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-20398 / MBK**

Barry Joseph Trogu,, Jr.
Susan Bonnie Trogu

Petition Filed Date: 05/23/2018
341 Hearing Date: 06/21/2018
Confirmation Date: 07/24/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/05/2018 | $225.00 | 49717830 | 07/03/2018 | $225.00 | 50430740 | 07/30/2018 | $225.00 | 51058490 |
| 09/04/2018 | $225.00 | 51997330 | 10/05/2018 | $225.00 | 52886780 | 11/05/2018 | $225.00 | 53682460 |
| 12/05/2018 | $225.00 | 54482390 | | | | | | |

**Total Receipts for the Period: $1,575.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Barry Joseph Trogu,, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MARYBETH SCHROEDER | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ALLY BANK LEASE TRUST<br>»»  LEASE END/ | Unsecured Creditors | $4,253.26 | $0.00 | $4,253.26 |
| 2 | ALLY CAPITAL<br>»»  2015 JEEP CHEROKEE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | FIRST ASSOCIATES LOAN SERVICING LLC | Unsecured Creditors | $12,490.59 | $0.00 | $12,490.59 |
| 4 | OneMain<br>»»  2013 JEEP WRANGLER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2016-2017 | Priority Creditors | $8,322.82 | $960.40 | $7,362.42 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2012-2014 | Unsecured Creditors | $9,042.68 | $0.00 | $9,042.68 |
| 7 | Department Stores National Bank<br>»»  MACYS | Unsecured Creditors | $729.74 | $0.00 | $729.74 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FINGERHUT | Unsecured Creditors | $499.18 | $0.00 | $499.18 |
| 9 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $590.12 | $0.00 | $590.12 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $3,103.08 | $0.00 | $3,103.08 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $3,172.91 | $0.00 | $3,172.91 |
| 12 | MIDLAND CREDIT  AS AGENT FOR<br>»»  GAPCARD | Unsecured Creditors | $334.86 | $0.00 | $334.86 |
| 13 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $3,537.14 | $0.00 | $3,537.14 |
| 14 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $2,694.14 | $0.00 | $2,694.14 |

| # | Creditor | Class | Amount | Paid | Balance |
|---|---|---|---:|---:|---:|
| 15 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $363.98 | $0.00 | $363.98 |
| 16 | QUANTUM3 GROUP LLC »» POTTERY BARN | Unsecured Creditors | $3,172.46 | $0.00 | $3,172.46 |
| 17 | LVNV FUNDING LLC | Unsecured Creditors | $5,860.25 | $0.00 | $5,860.25 |
| 18 | LVNV FUNDING LLC | Unsecured Creditors | $1,785.87 | $0.00 | $1,785.87 |
| 19 | LVNV FUNDING LLC | Unsecured Creditors | $1,180.76 | $0.00 | $1,180.76 |
| 20 | LVNV FUNDING LLC | Unsecured Creditors | $1,457.58 | $0.00 | $1,457.58 |
| 21 | AVANT, INC. | Unsecured Creditors | $9,284.85 | $0.00 | $9,284.85 |
| 22 | TD BANK USA NA | Unsecured Creditors | $533.85 | $0.00 | $533.85 |
| 23 | TD BANK USA NA | Unsecured Creditors | $1,364.65 | $0.00 | $1,364.65 |
| 24 | NJ DIVISION OF TAXATION »» 2015-2017 | Priority Crediors | $2,609.59 | $299.62 | $2,309.97 |
| 25 | ECAST SETTLEMENT CORP »» SYNCHRONY BANK | Unsecured Creditors | $1,712.79 | $0.00 | $1,712.79 |
| 26 | ECAST SETTLEMENT CORP »» SYNCHRONY BANK | Unsecured Creditors | $525.05 | $0.00 | $525.05 |
| 27 | ECAST SETTLEMENT CORP »» SYNCHRONY BANK | Unsecured Creditors | $1,743.11 | $0.00 | $1,743.11 |
| 28 | ECAST SETTLEMENT CORP »» SYNCHRONY BANK | Unsecured Creditors | $841.13 | $0.00 | $841.13 |
| 29 | QUANTUM3 GROUP LLC »» VICTORIA'S SECRET | Unsecured Creditors | $1,687.99 | $0.00 | $1,687.99 |
| 30 | DLJ MORTGAGE CAPITAL INC »» P\605 15TH AVE\1ST MRTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 31 | NJ DIVISION OF TAXATION »» 2011-2013 | Unsecured Creditors | $1,029.30 | $0.00 | $1,029.30 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,800.00 | Plan Balance: | $11,700.00 ** |
| Paid to Claims: | $1,260.02 | Current Monthly Payment: | $225.00 |
| Paid to Trustee: | $121.48 | Arrearages: | $0.00 |
| Funds on Hand: | $418.50 | Total Plan Base: | $13,500.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**