**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 18-20398-MBK |
| | CHAPTER 13 |
| **Barry Joseph Trogu, Jr.,** and **Susan Bonnie Trogu,** Debtors. | |
| _____/ | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Select Portfolio Servicing, Inc. as servicer for CSMC 2019-RPL4 Trust. | DLJ Mortgage Capital, Inc |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to Transferee should be sent: | Court Claim # (if known): 28-2 |
| Select Portfolio Servicing, Inc. | Amount of Claim: $328,777.94 |
| P.O. Box 65250 | Date Claim Filed: 8/1/2018 |
| Salt Lake City  UT  84165-0250 | |
| | |
| Phone: 1-800-258-8602 | Phone: # 1-800-258-8602 |
| Last Four Digits of Acct #: 4420 | Last Four Digits of Acct #: 4420 |

Name and Address where Transferee payments should be sent (if different from above):
Select Portfolio Servicing, Inc.
ATTN: Remittance
P.O. Box 65450
Salt Lake City  UT  84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 4420

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By: /s/ Sindi Mncina | Date: 11/20/2019 |
| Transferee/Transferee's Agent | |

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ____November 27 ,2019_____,

I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true

and correct copy has been served via CM/ECF or United States Mail to the following parties:

MaryBeth Schroeder
Law Office of MaryBeth Schroeder
802 Main Street
Unit 2A
Toms River, NJ 08753

Barry Joseph Trogu,, Jr.
605 15th Ave
Belmar, NJ 07719-2529

Susan Bonnie Trogu
605 15th Ave
Belmar, NJ 07719-2529

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                      RAS CRANE, LLC
                      Authorized Agent for Secured Creditor
                      10700 Abbott's Bridge Road, Suite 170
                      Duluth, GA 30097
                      Telephone: 470-321-7112
                      Facsimile: 404-393-1425

                      By: \S\ Sindi Mncina
                          Sindi Mncina
                          Email: smncina@rascrane.com