UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CSMC 2019-RPL4 Trust

| | |
|---|---|
| In Re:<br><br>Barry Joseph Trogu, Jr. & Susan Bonnie Trogue,<br><br>Debtors. | Case No.: ___18-20398-MBK___<br><br>Chapter: ___13___<br><br>Hearing Date: ___10/28/2020___<br><br>Judge: ___Kaplan___ |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 605 15th Avenue, Belmar, NJ (Docket # 23)

_____

Date: _10/23/2020_____          /s/ Denise Carlon_____
                                                          Signature

*rev.8/1/15*