UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
802 MAIN STREET, UNIT 2A
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTORS
732-228-7400

In Re:
BARRY AND SUSAN TROGU

Case No.: _____18-20398_____

Chapter: _____MBK_____

Judge: _____13_____

**CERTIFICATION OF DEBTOR'S COUNSEL**
**SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

**THIS FORM MAY NOT BE USED TO REQUEST APPROVAL OF FEES IN CASES FILED UNDER, OR CONVERTED TO, CHAPTER 13 ON OR AFTER AUGUST 1, 2018.**

_____MaryBeth Schroederm_____, Esquire, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

☐ Prosecution of motion on behalf of debtor.     $500.00

    Nature of motion: _____

                                     _____

    Hearing date(s): _____

                                     _____

☒ Defense of motion on behalf of debtor (Including filing     $400.00

    Objection to Creditor's or Trustee's Certification of Default).

    Nature of motion:   Relief from Stay by Mortgage

                                     Lender

    Hearing date(s):   10/24/2020

☐ Additional court appearance(s). (Not to exceed three).     $100.00

    Purpose: _____

    Hearing date(s): _____

☐ Filing and appearance on a modified Chapter 13 Plan.     $300.00

☐ Preparation of Wage Order     $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H     $100.00
or List of Creditors

☐ Preparation and filing of other amended schedules     $100.00

☐ Preparation and filing of Application for Retention of Professional     $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy     $100.00

**NON-STANDARD FEES**

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____
_____
_____
_____

Describe non-standard expenses in detail:
_____
_____
_____
_____

2.  To date, in this case:

    I have applied for fees (including original retainer) in the amount of:     3500

    To date, I have received:     3500

3.  I seek compensation for services rendered in the amount of $ _____400_____ payable:

    ☒ through the chapter 13 plan as an administrative priority.

    ☐ outside the plan.

4.  ☒ This allowance will not impact on plan payments.

    ☐ This allowance will impact on plan payments.

    Present plan:     $ _____ per month for _____ months.

    Proposed Plan:   $ _____ per month for _____ months.

5.     I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: 11/04/2020                                  /s/MaryBeth Schroeder
                                                  Signature

*rev. 8/1/18*