UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
802 MAIN STREET, UNIT 2A
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTORS
732-228-7400

In Re:

BARRY AND SUSAN TROGU

| | |
|---|---|
| Case No.: | 18-20398 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | N/A |
| Judge: | MBK |

## CERTIFICATION OF SERVICE

1.  I, _____ Mary Beth Schroeder _____ :

    ☒ represent _____ the debtors _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ 11/11/2020 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    Fee Application Coveing Sheet and Certfication in Support of Fee Application

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ 11/11/2020 _____                    /s/MaryBeth Schroeder _____
                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise E. Carlon<br>dcarlon@kmllawgroup.com<br>bkgroup.com | Attorney for secured creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other CM/ECf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin Gordon McDonald<br>kmcdonald@kmllawgroup.com<br>bkgroup@kmllawgroup.com | Attorney for secured creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sindi Mncina<br>smncina@rascrane.com | Attorney for secured creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>docs@russotrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>USTPRegion03.NE. ECF@usdoj.gov | United States Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other CM/ECf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barry and Susan Trogu<br>605 15th Ave<br>Belmar, NJ 07719-2529 | Debtors | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*