| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
### Chapter 13 Case No. 18-20398 / MBK

Barry Joseph Trogu,, Jr.
Susan Bonnie Trogu

Petition Filed Date: 05/23/2018
341 Hearing Date: 06/21/2018
Confirmation Date: 07/24/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $225.00 | 65479000 | 03/09/2020 | $225.00 | 66218050 | 04/03/2020 | $225.00 | 66829690 |
| 05/04/2020 | $225.00 | 67533680 | 05/29/2020 | $225.00 | 68183570 | 07/01/2020 | $225.00 | 69068530 |
| 08/04/2020 | $225.00 | 69904880 | 09/02/2020 | $225.00 | 70593650 | 10/05/2020 | $225.00 | 71361970 |
| 11/02/2020 | $225.00 | 71933680 | 12/14/2020 | $225.00 | 73002460 | 01/04/2021 | $225.00 | 73419940 |
| 02/11/2021 | $225.00 | 74453130 | | | | | | |

**Total Receipts for the Period: $2,925.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $7,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Barry Joseph Trogu,, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MARYBETH SCHROEDER<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ALLY BANK LEASE TRUST<br>»» LEASE END SETTLEMENT | Unsecured Creditors | $4,253.26 | $0.00 | $4,253.26 |
| 2 | ALLY CAPITAL<br>»» 2015 JEEP CHEROKEE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | FIRST ASSOCIATES LOAN SERVICING LLC<br>»» BORROWERS FIRST | Unsecured Creditors | $12,490.59 | $0.00 | $12,490.59 |
| 4 | OneMain<br>»» 2013 JEEP WRANGLER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2016-2017 | Priority Crediors | $8,322.82 | $4,775.35 | $3,547.47 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2012-2014 | Unsecured Creditors | $9,042.68 | $0.00 | $9,042.68 |
| 7 | Department Stores National Bank<br>»» MACYS | Unsecured Creditors | $729.74 | $0.00 | $729.74 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» WEBBANK/FINGERHUT | Unsecured Creditors | $499.18 | $0.00 | $499.18 |
| 9 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $590.12 | $0.00 | $590.12 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PROSPER FUNDING | Unsecured Creditors | $3,103.08 | $0.00 | $3,103.08 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $3,172.91 | $0.00 | $3,172.91 |

**Chapter 13 Case No. 18-20398 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | MIDLAND CREDIT  AS AGENT FOR<br>»» SYNCHRONY/GAPCARD | Unsecured Creditors | $334.86 | $0.00 | $334.86 |
| 13 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $3,537.14 | $0.00 | $3,537.14 |
| 14 | MIDLAND CREDIT  AS AGENT FOR<br>»» CAPITAL ONE | Unsecured Creditors | $2,694.14 | $0.00 | $2,694.14 |
| 15 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $363.98 | $0.00 | $363.98 |
| 16 | QUANTUM3 GROUP LLC<br>»» POTTERY BARN | Unsecured Creditors | $3,172.46 | $0.00 | $3,172.46 |
| 17 | LVNV FUNDING LLC<br>»» WEBBANK/CONSUMER LENDING RECEIVABL<br>TRUST 2016-B | Unsecured Creditors | $5,860.25 | $0.00 | $5,860.25 |
| 18 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $1,785.87 | $0.00 | $1,785.87 |
| 19 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $1,180.76 | $0.00 | $1,180.76 |
| 20 | LVNV FUNDING LLC<br>»» MHC/FNBM/CREDIT ONE | Unsecured Creditors | $1,457.58 | $0.00 | $1,457.58 |
| 21 | AVANT, INC. | Unsecured Creditors | $9,284.85 | $0.00 | $9,284.85 |
| 22 | TD BANK USA NA | Unsecured Creditors | $533.85 | $0.00 | $533.85 |
| 23 | TD BANK USA NA | Unsecured Creditors | $1,364.65 | $0.00 | $1,364.65 |
| 24 | NJ DIVISION OF TAXATION<br>»» 2015-2017 | Priority Crediors | $2,609.59 | $1,496.57 | $1,113.02 |
| 25 | ECAST SETTLEMENT CORP<br>»» SYNCHRONY BANK/WALMART | Unsecured Creditors | $1,221.73 | $0.00 | $1,221.73 |
| 26 | ECAST SETTLEMENT CORP<br>»» SYNCHRONY BANK | Unsecured Creditors | $216.45 | $0.00 | $216.45 |
| 27 | ECAST SETTLEMENT CORP<br>»» SYNCHRONY BANK | Unsecured Creditors | $1,127.73 | $0.00 | $1,127.73 |
| 28 | ECAST SETTLEMENT CORP<br>»» SYNCHRONY BANK | Unsecured Creditors | $547.45 | $0.00 | $547.45 |
| 29 | QUANTUM3 GROUP LLC<br>»» VICTORIA'S SECRET | Unsecured Creditors | $1,687.99 | $0.00 | $1,687.99 |
| 30 | SELECT PORTFOLIO SERVICING INC<br>»» P\605 15TH AVE\1ST MRTG/DLJ | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 31 | NJ DIVISION OF TAXATION<br>»» 2011-2013 | Unsecured Creditors | $1,029.30 | $0.00 | $1,029.30 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,200.00 | Plan Balance: | $6,300.00  ** |
| Paid to Claims: | $6,271.92 | Current Monthly Payment: | $225.00 |
| Paid to Trustee: | $505.52 | Arrearages: | $225.00 |
| Funds on Hand: | $422.56 | Total Plan Base: | $13,500.00 |

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more  information.**

• **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**