Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−20398−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Barry Joseph Trogu Jr. | Susan Bonnie Trogu |
| 605 15th Ave | 605 15th Ave |
| Belmar, NJ 07719−2529 | Belmar, NJ 07719−2529 |

Social Security No.:
  xxx−xx−3910                                 xxx−xx−0320

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/12/22 at 09:00 AM

to consider and act upon the following:

34 − Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 605 15Th Ave, Belmar NJ 07719. Fee Amount $ 181. filed by Creditor CSMC 2019−RPL4 Trust, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CSMC 2021−RPL4 Trust. Objection deadline is 01/5/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 12/30/21

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court