Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20398−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Barry Joseph Trogu Jr.
605 15th Ave
Belmar, NJ 07719−2529

Susan Bonnie Trogu
605 15th Ave
Belmar, NJ 07719−2529

Social Security No.:
xxx−xx−3910

xxx−xx−0320

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/12/22 at 09:00 AM

to consider and act upon the following:

*34* − Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 605 15Th Ave, Belmar NJ 07719. Fee Amount $ 181. filed by Creditor CSMC 2019−RPL4 Trust, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of CSMC 2021−RPL4 Trust. Objection deadline is 01/5/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)


Dated: 12/30/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 18-20398-MBK
Barry Joseph Trogu, Jr.                                                                        Chapter 13
Susan Bonnie Trogu
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Dec 30, 2021     Form ID: ntchrgbk     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Barry Joseph Trogu, Jr., Susan Bonnie Trogu, 605 15th Ave, Belmar, NJ 07719-2529 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022                     Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2019-RPL4 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor CSMC 2021-RPL4 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor DLJ Mortgage Capital  Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MaryBeth Schroeder | on behalf of Debtor Barry Joseph Trogu  Jr. marybeth@schroedermb-law.com |
| MaryBeth Schroeder | on behalf of Joint Debtor Susan Bonnie Trogu marybeth@schroedermb-law.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Dec 30, 2021 | Form ID: ntchrgbk | Total Noticed: 1

Sindi Mncina
    on behalf of Creditor Select Portfolio Servicing  Inc. as servicer for CSMC 2019-RPL4 Trust. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9