UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
CSMC 2019-RPL4 Trust

In Re:

Barry Joseph Trogu, Jr. & Susan Bonnie Trogu,

Debtors.

| | |
|---|---|
| Case No.: | 18-20398-MBK |
| Chapter: | 13 |
| Hearing Date: | 2/23/2022 |
| Judge: | Kaplan |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 34)

_____

Date: 2/18/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*