UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, New Jersey 07631
Telephone No. (201) 871-1333
Fax No. (201) 871-3161
Attorneys for Debtors
By:  John O'Boyle, Esq. [JO-6337]
        joboyle@norgaardfirm.com

**Order Filed on November 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    MARIANNE McELROY and
    ROBERT M. McELROY,

              Debtors.

Case No.:      19-22958

Chapter:      13

Judge:      Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 4, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Norgaard, O'Boyle & Hannon _____, the applicant, is allowed a fee of $ _____ 1,274.50 _____ for services rendered and expenses in the amount of $ _____ 12.90 _____ for a total of $ _____ 1,287.40 _____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ n/a _____ per month for _____ n/a _____ months to allow for payment of the above fee.

*rev.8/1/15*