| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone No. (201) 871-1333<br>Fax No. (201) 871-3161<br>Attorneys for Debtors<br>By:  John O'Boyle, Esq. [JO-6337]<br>         joboyle@norgaardfirm.com | Order Filed on December 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>     MARIANNE McELROY and<br>     ROBERT M. McELROY,<br><br>                              Debtors. | Case No.:           19-22958<br><br>Chapter:                 13<br><br>Judge:                Gravelle |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

   The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard, O'Boyle & Hannon_____, the applicant, is allowed a fee of $ \_\_\_5,006.25\_\_\_ for services rendered and expenses in the amount of $\_\_\_249.29\_\_\_ for a total of $\_\_\_5,255.54\_\_\_. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_n/a\_\_\_ per month for \_\_\_n/a\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*